The relief described hereinbelow is SO ORDERED.

Signed November 26, 2013.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Waco Division

IN RE: **Dennis Benard Roberts and Lisa Yvette Roberts**, Debtor(s)

Case No.: 09−60074−rbk

## ORDER AUTHORIZING PAYMENT OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

NAME: GE Money Bank
ADDRESS: c/o Dilks & Knopik LLC
35308 SE Center St
Snoqualmie, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $1,943.53. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

*Verification of Funds dated:11/26/2013 by Finance Dept.*

###